UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BLAKEY, | |
| Petitioner, | CIVIL ACTION NO. 3:13-cv-00575 |
| v. | (CAPUTO, J.) <br> (SAPORITO, M.J.) |
| MICHAEL WENEROWICZ, | |
| Respondent. | |

FILED
WILKES BARRE
AUG 13 2015
Per MS

## ORDER

**AND NOW**, this 13th day of August, 2015, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The petitioner's motion to stay (Doc. 21) is **DENIED as MOOT**;

2. The respondent shall file an answer, motion, or other response to the allegations of the petition **within 21 days** of the date of this Order. See Rule 5, 28 U.S.C. foll. § 2254; and

3. The petitioner may file a reply to the respondent's answer or other pleading **within 14 days** after its filing. See Rule 5(e), 28 U.S.C. foll. § 2254.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge