IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BLAKEY,<br><br>　Petitioner,<br><br>v.<br><br>MICHAEL WENEROWICZ,<br><br>　Respondent. | CIVIL ACTION NO. 3:13-CV-00575<br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SAPORITO) |

### ORDER

**NOW**, this 6th day of September, 2016, **IT IS HEREBY ORDERED** as follows:

(1)　Magistrate Judge Saporito's Report and Recommendation (Doc. 43) is **ADOPTED in its entirety**.

(2)　The Petition for Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

(3)　A certificate of appealability will not be issued.

(4)　The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge